UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No.: 25-519 |
| v. | : | |
| JEFFREY SPOTTS | : | SUBSTITUTION OF ATTORNEY |

PLEASE TAKE NOTICE that Aaron L. Webman , Assistant United States Attorney  (aaron.webman@usdoj.gov), is appearing in substitution for Blake A. Coppotelli, Assistant United States Attorney, who previously appeared in this matter.

TODD BLANCHE
U.S. Deputy Attorney General

ALINA HABBA
Acting United States Attorney
Special Attorney

*s/ Aaron L. Webman*
Aaron L. Webman
Assistant United States Attorney

Dated: September 9, 2025